0041?

Order issued September *2⁴* , 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00680-CV

**ELIAS THOMPSON, Appellant**

V.

**HSBC BANK USA NATIONAL ASSOCIATION, Appellee**

# ORDER

We **DENY** appellee's motion to dismiss the appeal.

CAROLYN WRIGHT
CHIEF JUSTICE